UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- X

SAIDUL HAQUE KANCHON,

Plaintiff,

-against-

**ORDER**
26-CV-5032 (SDE)

TODD BLANCHE, *et al*.,

Defendants.

---------------------------------------------------------- X

**SETH D. EICHENHOLTZ**, United States Magistrate Judge:

In its letter dated October 8, 2029 (Dkt. No. 9), Defendants explained that Plaintiff has not yet contacted Defendants, and Defendants do not have Plaintiff's contact information to initiate communications. The Court directs Plaintiff to call or email Defendants' counsel, Robert Schumacher, by **October 27, 2026,** so the parties can confer on direct assignment. Plaintiff can reach Mr. Schumacher by calling 631-715-7871 or emailing robert.schumacher@usdoj.gov.

**SO ORDERED.**

Dated: Brooklyn, New York
October 9, 2026

/S/ *SETH D. EICHENHOLTZ*
SETH D. EICHENHOLTZ
United States Magistrate Judge
Eastern District of New York